Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Bree R. Black Horse
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 13 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ANTHONY JOHN MALDONADO,

                Defendant.

1:24-CR-2057-SAB

INDICTMENT

18 U.S.C. §§ 113(a)(8), 1153(a)
Assault of an Intimate or Dating Partner by Strangling or Suffocating in Indian Country

The Grand Jury charges:

On or about April 6, 2024, in the Eastern District of Washington, within the exterior boundaries of the Yakama Indian Reservation, in Indian country, the Defendant, ANTHONY JOHN MALDONADO, an Indian, did knowingly assault E.J., an intimate and dating partner of the Defendant, by strangling and suffocating

INDICTMENT – 1

E.J. and attempting to strangle and suffocate E.J., all in violation of 18 U.S.C. §§ 113(a)(8) and 1153.

DATED this 13 day of August, 2024.

A TRUE BILL

_____
Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*BBlackhorse*
Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 2